```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-03277-HWV
Matthew T. Anders                                                   Chapter 13
       Debtor                         CERTIFICATE OF NOTICE
District/off: 0314-1           User: KADavis              Page 1 of 2              Date Rcvd: Sep 16, 2019
                               Form ID: ntcnfhrg          Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
```
db              +Matthew T. Anders,    11540 Burkett Lane,    Greencastle, PA 17225-9348
5229544         +Arcadia Bureau, LLC,    PO Box 6768,    Reading, PA 19610-0768
5229549          Bureau Of Individual Taxes,    Po Box 280432,    Harrisburg, PA 17128-0432
5229548          Bureau of Collections & Services,    PO Box 281041,    Harrisburg, PA 17128-1041
5229551         +Eberly's Plumbing & Heating,    9187 Rabbit Road South,    Greencastle, PA 17225-9399
5229552         +Elizabeth Martin, Tax Collector,    14024 Bain Road,    Mercersburg, PA 17236-9516
5229553         +Franklin County Tax Bureau,    443 Stanley Avenue,    Chambersburg, PA 17201-3628
5229554         +Franklin Co Drs,    218 N 2nd St,    Chambersburg, PA 17201-1642
5229559          PA Department of Revenue,    PO Box 281210,    Harrisburg, PA 17128-1210
5232051          State Farm,    Subrogation Services,    PO Box 106172,    Atlanta, GA 30348-6172
5229562          TAMMY SPRINGER TAX COLLECTOR,    77351 ROYER ROAD,    MERCERSBURG, PA 17236
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 16 2019 19:40:56
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5229547          E-mail/Text: bankruptcy@bbandt.com Sep 16 2019 19:35:15     BB&T,    Attn: Bankruptcy,
                 Po Box 1847,    Wilson, NC 27894
5229545          E-mail/Text: bankruptcy@bbandt.com Sep 16 2019 19:35:15     BB&T,    In Care of Bankruptcy Dept,
                 Po Box 1847,    Wilson, NC 27894
5229550         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 16 2019 19:40:54     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5239032          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 16 2019 19:40:54
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5229555         +E-mail/Text: cio.bncmail@irs.gov Sep 16 2019 19:35:12     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
5229556          E-mail/Text: camanagement@mtb.com Sep 16 2019 19:35:18     M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
5229557         +E-mail/PDF: cbp@onemainfinancial.com Sep 16 2019 19:41:11     ONE MAIN FINANCIAL,    P.O. BOX 64,
                 EVANSVILLE, IN 47701-0064
5229558         +E-mail/PDF: cbp@onemainfinancial.com Sep 16 2019 19:41:37     OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
5239823         +E-mail/PDF: cbp@onemainfinancial.com Sep 16 2019 19:41:11     OneMain Financial,    PO Box 3251,
                 Evansville, IN 47731-3251
5231937          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 16 2019 19:35:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5231099         +E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2019 19:40:52     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5229561         +E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2019 19:40:52     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5229543          Carla M Phillips
5229546*        ++BB AND T,   PO BOX 1847,    WILSON NC 27894-1847
                (address filed with court: BB&T,    In Care of Bankruptcy Dept,    Po Box 1847,
                 Wilson, NC 27894)
5229560*         PA Department of Revenue,    PO Box 281210,    Harrisburg, PA 17128-1210
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                      Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt     on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com
          Mark A. Buterbaugh    on behalf of Debtor 1 Matthew T. Anders Mooneybkecf@gmail.com,
           buterbaughmr61895@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew T. Anders,

**Debtor 1**

Chapter 13

Case No. 1:19−bk−03277−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 16, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 23, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 16, 2019 |

ntcnfhrg (03/18)