LOCAL BANKRUPTCY FORM 3015-3(b)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Matthew T. Anders**  
Debtor(s)

Case No. **1:19-bk-03277**  
Chapter **13**

## CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATION(S)

If there are domestic support obligation claims in a case, the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 requires the trustee to provide written notice to the holder of the claim and to the applicable state child support enforcement agency. In order for the trustee to comply with the Act, the Debtor/Obligor must complete the following information and verify the information is true and correct by signing at the bottom of this form.

1. Name of Person Entitled to Receive Domestic Support ("Recipient"):

   | Claim Holder | Anders | Christine | D. |
   |---|---|---|---|
   | | Last Name | First | Middle Initial |

2. Address of Domestic Support Recipient:

   | Claim Holder | 1673 Broad Street | | Falling Waters | |
   |---|---|---|---|---|
   | | Street | | City | |
   | | Berkeley | West Virginia | | 25419 |
   | | County | State | | Zip |

3. Telephone Number of Domestic Support Recipient

   | Claim Holder | 301-491-9584 |
   |---|---|
   | | (Area Code) Phone Number |

4. If you are paying a Domestic Support Obligation pursuant to a Court Order, provide the following:

   | Berkeley County Court also Order from Court of Common Please Franklin County (PA) | |
   |---|---|
   | Name of Court | |
   | 380 W South St # 2400, Martinsburg, WV 25401 | |
   | Address of Court | |
   | DRS201400780 | 258115010 |
   | Docket Number | PACSES Number |

The undersigned hereby certifies that the foregoing statements are true and correct under penalty of perjury.

DATED: **September 23, 2019**

BY: **/s/ Matthew T. Anders**  
**Matthew T. Anders**  
Debtor