IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW T. ANDERS      CASE NO.: 1:19-bk-03277
CHAPTER 13

DEBTOR

**NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

Kindly enter my appearance on behalf of Debtor Matthew T. Anders for the above referenced case.

<u>**By: /s/ Nicholas G. Platt**</u>
Nicholas G. Platt 327239
MOONEY LAW
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax

Dated: <u>December 21, 2021</u>