

16339-PAM-DE-041225349

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 20, 2026, at 12:34 o'clock PM EDT, Matthew Anders completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 20, 2026                By:    /s/Kris Krumal

                                   Name:  Kris Krumal

                                   Title: Certified Financial Counselor