United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Matthew T. Anders

    Debtor

Case No. 19-03277-HWV

Chapter 13

# CERTIFICATE OF NOTICE

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5229556 | Email/Text: camanagement@mtb.com | Jul 22 2026 18:51:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Mark A. Buterbaugh | on behalf of Debtor 1 Matthew T. Anders Mooneybkecf@gmail.com buterbaughmr61895@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Nicholas G. Platt | on behalf of Debtor 1 Matthew T. Anders ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MATTHEW T. ANDERS,

    Debtor.

MATTHEW T. ANDERS,

    Movant,

      v.

M&T BANK and JACK N.
ZAHAROPOULOS, STANDING
CHAPTER 13 TRUSTEE,

    Respondents.

CHAPTER 13

CASE NO. 1:19-bk-03277-HWV

## ORDER

Upon consideration of the Motion to Sell Property of the Estate Pursuant to 11 U.S.C. § 363(b) filed by the Debtor, Doc. 51, and no objections having been filed, and this Court having found the contemplated sale to be in good faith pursuant to 11 U.S.C. § 363(m) and in accord with the standard elucidated by *In re Abbotts Dairies of Pennsylvania, Inc.*, 788 F.2d 143 (3rd Cir. 1986), it is

**ORDERED** that the Motion is **GRANTED**. The Debtor is authorized to sell property of the estate pursuant to the terms stated in the Motion, subject to the following terms:

1. Respondent's liens shall be paid in full from the closing proceeds pursuant to a proper payoff quotes furnished by Respondent for each loan prior to, and valid through, the closing date or, in the alternative, any short payoff shall be approved by Respondent, or the sale will not occur.

2. Debtor shall have sixty (60) days from entry of this Order to consummate the contemplated sale.

3. Any other outstanding liens upon the property at the time of closing shall be paid in full.

4. Closing shall occur no later than sixty (60) days from the date of this Order and within thirty (30) days of the payoff quote's date or else a new payoff shall be required within thirty (30) days of closing.

5. Debtor shall commit all non-exempt sale proceeds which are required by the Bankruptcy Code to be committed to the Debtor's Chapter 13 Plan for the benefit of creditors and such non-exempt proceeds shall be paid directly to the Trustee from the closing.

6. Counsel for Debtor shall hold the $1,000.00 attorney's fee in escrow pending Court approval of the fees pursuant to a fee application to be filed with this Court.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 22, 2026