# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Matthew T. Anders**
Debtor(s)

Case No. **1:19-bk-03277**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-3682**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Matthew T. Anders**

Street: **11540 Burkett Lane**

City, State and Zip: **Greencastle, PA 17225**

Telephone #:

**Please be advised that effective August 11, 2026,**
**my (our) new mailing address and telephone number is:**

Name: **Matthew T. Anders**

Street: **202 Shippensburg Mobile Estates**

City, State and Zip: **Shippensburg, PA 17257**

Telephone #:

**/s/ Matthew T. Anders**
**Matthew T. Anders**
Debtor